**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.

AXEL STEIN,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

SUNSHINE LIFE & HEALTH
ADVISORS, LLC,

    Defendant.
_____/

## DEFENDANT SUNSHINE LIFE & HEALTH ADVISORS, LLC'S
## NOTICE OF REMOVAL

Defendant, SUNSHINE LIFE & HEALTH ADVISORS, LLC (**"SUNSHINE"**), hereby gives notice, pursuant to 28 U.S.C. §§ 1331, and 28 U.S.C. §§ 1441 and 1446, that the case entitled AXEL STEIN, individually and on behalf of all others similarly situated, v. SUNSHINE LIFE & HEALTH ADVISORS, LLC, Case No. 2020-008461-CA-01, is being removed from the Circuit Court, Miami-Dade County, Florida to the United States District Court for the Southern District of Florida. In support of this Notice, Defendant states:

1. On April 16th, 2020, Plaintiff, AXEL STEIN (**"STEIN"**), filed a putative class action against SUNSHINE, in the Circuit Court in Miami-Dade County, Florida under the caption AXEL STEIN, individually and on behalf of all others similarly situated, v. SUNSHINE LIFE & HEALTH ADVISORS, LLC, Case No. 2020-008461-CA-01. A copy of the state court Class Action Complaint and Demand for Jury Trial (**"Complaint"**) is attached hereto as **Exhibit "A."**

2. STEIN served SUNSHINE with the initial Complaint on May 19th, 2020. A copy of the service return with attached summons is attached hereto as **Exhibit "B"**. The summons included in Exhibit "B" and the Complaint attached as Exhibit "A" constitute the complete process served upon SUNSHINE.

3. SUNSHINE is the only defendant in the state court action.

4. The Complaint asserts a federal cause of action against SUNSHINE for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

5. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon SUNSHINE. 28 U.S.C. § 1446(b)

6. Pursuant to 28 U.S.C. §1441(a),

   > [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. This action is a civil action and is one over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."), and is an action that can be removed to this District Court pursuant to 28 U.S.C. § 1441, as a result of Plaintiff alleging violations of the TCPA.

8. STEIN's Complaint invokes federal question jurisdiction because the allegations involve claims under the TCPA, 47 U.S.C. § 227 et seq. The TCPA is the only statute referenced in the Complaint, and is STEIN's sole basis for recovery.

9. Promptly after the filing of this Notice of Removal, SUNSHINE will file a copy of same with the Clerk of the Circuit Court for Miami-Dade County, Florida, and a notice of filing

notice of removal as required by 28 U.S.C. § 1446. Written notice of the filing of this notice of removal is also being served upon counsel for the Plaintiff.

10. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendant's rights to assert any defense or affirmative matter.

11. No process, pleadings, or orders, other than those attached as Exhibits "A" and "B" to this Notice, have been served upon SUNSHINE in the state court action. No motions are pending in the state court action.

WHEREFORE, Defendant, SUNSHINE LIFE & HEALTH ADVISORS, LLC, respectfully requests that this case proceed in this Court as an action properly removed to it.

DATED: June 18th, 2020

Respectfully submitted,

Robert H. Fernandez, Esq.
RHF Law Firm, LLC
2600 S. Douglas Road
Suite 305
Coral Gables, Florida 33134
Tel: 786-315-4479
rfernandez@rhflawfirm.com

By: _____
**ROBERT H. FERNANDEZ**
**FBN: 91080**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of June, 2020, a true and correct copy of the foregoing has been furnished via electronic mail upon:

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, P.A.** |
|---|---|
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| Garrett O. Berg, Esq. | 20900 NE 30th Ave., Ste. 417 |
| 14 NE 1st Ave. Ste. 705 | Aventura, FL 33180 |
| Miami, FL 33132 | Tel: (305) 975-3320 |
| Tel: (305) 479-2299 | scott@edelsberglaw.com |
| ashamis@shamisgentile.com | |
| gberg@shamisgentile.com | |